

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TIMOTHY BYNUM                                                                           PLAINTIFF

VS.                                                     CIVIL ACTION NO. 2:19cv176-KS-MTP

MERCY LOGISTICS INC., MERCY
TRANSPORTATION, INC. AND CARLOS CAMPOS                DEFENDANTS

### NOTICE OF REMOVAL

COMES NOW, the Defendants, Mercy Logistics, Inc. and Carlos Campos, by and through undersigned counsel, and files this their Notice of Removal of this civil action from the Circuit Court of Jones County, Mississippi, Second Judicial District, to the United States District Court for the Southern District of Mississippi, Eastern Division. In support of said Notice of Removal, the Defendants would respectfully show unto the Court the following:

1. There is now pending in the Circuit Court of Jones County, Mississippi, Second Judicial District, a certain civil action styled Timothy Bynum vs. Mercy Logistics, Inc., Mercy Transportation, Inc., and Carlos Campos bearing Civil Action No. 2019-71-CV9. A copy of all pleadings and orders entered in connection to the State Court action will be requested and filed with this Court.

2. The civil action filed by the Plaintiff alleges that the Plaintiff is entitled to recover damages as well as punitive damages as the result of a motor vehicle accident that the Plaintiff was involved in. Although the Plaintiff does not state an amount they are seeking, it is believed that the Plaintiff is seeking an amount in excess of $75,000, therefore, the amount in controversy in this lawsuit exceeds the sum of $75,000 satisfying the judicial requirement.

3. The parties of this action are citizens of different states. Mercy Logistics, Inc. is

a foreign corporation domiciled in the State of Florida. Mercy Transportation, Inc. is also a foreign corporation domiciled in the State of Florida. Carlos Campos is an adult resident citizen of the State of Florida. While the Plaintiff is a resident of the State of Mississippi, the Co-Defendants are residents of the State of Florida. Therefore, there is complete diversity between the Plaintiff and the Defendants.

4. Pursuant to the provisions of Title 28 U.S.C. §1441 *et seq*, this civil action is removable by the Defendants Mercy Logistics, Inc., Mercy Transportation, Inc., and Carlos Campos.

5. The Defendant, Carlos Campos was not served with process until October 16, 2019, therefore, the time in which this Defendant is allowed to remove this matter to Federal Court has not yet expired.

6. Simultaneously with the filing of this Notice of Removal, the Defendants have given the Plaintiff written notice of the removal of this civil action and are filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Jones County, Mississippi, Second Judicial District.

WHEREFORE, PREMISES CONSIDERED, the Defendants, Mercy Logistics Inc. and Carlos Campos, pray that this Notice of Removal be received and filed, and that the Circuit Court of Jones County, Mississippi, Second Judicial District, proceed no further herein. The Defendants further pray for all necessary writs to bring before this honorable Court all records and proceedings currently on file in the Second Judicial District of Jones County, Mississippi, and the Defendants further pray for such other special and general relief for which it may be entitled to receive in the premises.

RESPECTFULLY SUBMITTED, this the 5th day of November, 2019.

MERCY LOGISTICS, INC. AND CARLOS CAMPOS, DEFENDANTS

BY: _____
Victoria N. Mitchell

OF COUNSEL:

PATRICK M. TATUM (MSB# 9852)
WILLIAM L. MORTON, III (MSB# 102293)
VICTORIA N. MITCHELL (MSB# 105831)
UPSHAW, WILLIAMS, BIGGERS
   &amp; BECKHAM, LLP
Post Office Box 3080
Ridgeland, Mississippi 39158-3080
Telephone: (601) 978-1996
Facsimile: (601) 978-1949

**CERTIFICATE OF SERVICE**

I, Victoria N. Mitchell, counsel of record, do hereby certify that I have this day caused to be served, via ELECTRONIC MAIL, a true and correct copy of the foregoing document to the following:

Joe Tatum
Tatum & Wade, PLLC
Post Office Box 22688
Jackson, MS 39225

**CERTIFIED** this the 5th day of November, 2019.

_____
Victoria N. Mitchell