IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TIMOTHY BYNUM**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　　　　**CIVIL ACTION NO. 2:19cv176 KS-MTP**

**MERCY LOGISTICS INC., MERCY
TRANSPORTATION, INC. AND CARLOS CAMPOS**　　　　　　**DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS DAY, THIS CAUSE** came on for hearing on the joint motion of the parties to dismiss this action with prejudice, and the Court, having been advised in the premises and noting the agreement of counsel, finds that said Motion is well taken and should be and is hereby granted;

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the claims made by Plaintiff, **Timothy Bynum**, against Defendants, **Mercy Logistics, Inc, Mercy Transportation, Inc. and Carlos Campos**, are hereby dismissed with prejudice with each party to bear their own costs.

**SO ORDERED**, this the 17th day of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

_____
William L. Morton, III
*Attorney for Defendants*

_____
Joe Tatum
*Attorney for Plaintiff*